IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO.: 8:23-cr-25-VMC-AEP-4

CALEB HUNTER FREESTONE,
AMBER MARIE SMITH-STEWART,
ANARELLA RIVERA, and
GABRIELLA VICTORIA OROPESA,

    Defendants.
_____/

## DEFENDANT OROPESA'S UNOPPOSED MOTION
## TO MODIFY CONDITION OF PRETRIAL RELEASE

Defendant, Gabriella Oropesa, through her undersigned counsel, hereby moves without opposition to modify one condition of her pretrial release, as reflected in this Court's Order of Release (Doc. 70). The requested modification is to Condition 2. *Id*. at 1. Defendant seeks permission for a 4-day visit to Portland, Oregon on April 19-23, 2023.

Neither the government, through AUSA Stacie Harris, nor Pretrial Services Officer Nelson Valenzuela ((786) 269-1435), objects to the requested relief, and defer to this Court's discretion.

The requested modification is to the terms of Condition 2 that would allow Ms. Oropesa to visit Portland from April 19-23, 2023, and includes three overnights. Ms. Oropesa would stay the nights of April 19, 20, and 21 at the Oyo Portland Hotel, 14850 NE Sandy Blvd., Portland, OR 97230.

She would leave from Ft. Lauderdale-Hollywood International Airport at 7:20 a.m. on April 19, 2023, and after short layovers in Dallas and Las Vegas, arrive in Portland at 3:10 p.m. local time. She would leave Portland on April 22, 2023 at 4:00 p.m. local time and, after a short layover in Las Vegas, arrive in Ft. Lauderdale at 5:30 a.m. on April 23, 2023. All travel is by Spirit Airlines.

## MEMORANDUM OF LAW

Defendant relies on 18 U.S.C. §3142(c)(3), which provides that, "The judicial officer may at any time amend the order [of release] to impose … different conditions of release."

WHEREFORE, defendant Oropesa moves to modify a condition of her pretrial release.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

/s/ *Matthew Farmer*
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469
800 W. De Leon St.
Tampa, FL  33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 13th day of April, 2023:

AUSA Lisa Thelwell
Lisa.Thelwell@usdoj.gov

AUSA Stacie Harris
Stacie.Harris@usdoj.gov

AUSA Laura-Kate Bernstein
Laura-Kate.Bernstein@usdoj.gov

Michael Maddux, Esq.
mmaddux@madduxattorneys.com

Lauren Regan, Esq.
lregan@cldc.org

Sarah Ann Alvarez, Esq.
salvarez@cldc.org

Shiobhan Olivero, Esq.
solivero@oliverolaw.com


/s/ *Matthew Farmer*
COUNSEL