UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                             Case No.: 8:23-cr-25-VMC-AEP

**GABRIELLA VICTORIA OROPESA      /**

O R D E R

THIS CAUSE comes on for consideration of the following motion:

Motion: Defendant's Unopposed Motion to Modify Conditions of Pretrial Release (Dkt. 95).

Disposition: **GRANTED.** The defendant is permitted to travel to Portland, Oregon on April 19, 2023, returning to Ft. Lauderdale, Florida on April 23, 2023. Defendant shall provide Pretrial Services with her complete itinerary prior to her travel. All other conditions of release remain in full force and effect.

ORDERED at Tampa, Florida this ___14th___ day of April, 2023.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge