**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:  8:23-cr-25-T-33AEP** | **DATE:**  April 13, 2023 | |
|---|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | | |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**Annarella Rivera and Gabriella Victoria Oropesa** | **GOVERNMENT COUNSEL**<br>Stacie Harris for Lisa Marie Thelwell<br><br>**DEFENDANT COUNSEL**<br>Shiobhan Olivero<br>Matthew P. Farmer | |
| **COURT REPORTER:**  Tana Hess | **DEPUTY CLERK:** | Magaly Justiniano |
| **TIME:**  10:25 AM-10:29 AM<br>**TOTAL:**  4 mins | **COURTROOM:** | 14B |

**PROCEEDINGS:**   STATUS CONFERENCE

Oral motion to continue by defense. No objections by the Government.

The Court **GRANTED** the motion to continue and found that the ends of justice are served by such a continuance and outweigh the best interest of the public and the defendant in a speedy trial.

| | |
|---|---|
| Estimated Length of Trial: | 3 days |
| Speedy Trial Waived Through: | December 31, 2023 (Rivera) & July 31, 2023 (Oropesa) |
| Trial Term: | July 2023 |
| Next Status Conference: | May 11, 2023 at 9:30 AM |

Defendants' Oral Motion to Extend the Pretrial Motion Deadline to May 31, 2023 is GRANTED for the reasons stated on the record.