IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO.: 8:23-cr-25-VMC-AEP-4

CALEB HUNTER FREESTONE,
AMBER MARIE SMITH-STEWART,
ANARELLA RIVERA, and
GABRIELLA VICTORIA OROPESA,

    Defendants.
_____/

## DEFENDANT OROPESA'S UNOPPOSED MOTION
## FOR LEAVE TO FILE REPLY MEMORANDUM

Defendant, Gabriella Oropesa, through her undersigned counsel, hereby moves without opposition for leave to file a reply memorandum.

The government, through AUSA Lisa Thelwell, has no objection to the requested relief.

"Defendant Oropesa's Motion to Dismiss Count One of the Superseding Indictment" (Doc. 102) was filed on May 4, 2023. Defendants Freestone and Smith-Stewart adopted the motion. (Docs. 105 & 106) The "United States' Response in Opposition to Defendant's Motion to Dismiss Count One of the Superseding Indictment" (Doc. 108), was timely filed on

May 17, 2023. Defendant Oropesa moves for leave to file a reply memorandum due no later than May 31, 2023.

## MEMORANDUM OF LAW

Defendant relies on Local Rule 3.01(d), and submits that a reply could assist the Court in resolving a number of novel issues.

WHEREFORE, defendant Oropesa moves without opposition for leave to file a reply memorandum.

                                        Respectfully submitted,

                                        FARMER & FITZGERALD, P.A.

/s/ *Matthew Farmer*
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469
800 W. De Leon St.
Tampa, FL  33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 18th day of May, 2023:

AUSA Lisa Thelwell
Lisa.Thelwell@usdoj.gov

AUSA Laura-Kate Bernstein
Laura-Kate.Bernstein@usdoj.gov

Michael Maddux, Esq.
mmaddux@madduxattorneys.com

Lauren Regan, Esq.
lregan@cldc.org

Sarah Ann Alvarez, Esq.
salvarez@cldc.org

Shiobhan Olivero, Esq.
solivero@oliverolaw.com


*/s/ Matthew Farmer*
COUNSEL