UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 8:23-cr-00025-VMC-AEP

AMBER SMITH-STEWART
_____/

**SECOND UNOPPOSED MOTION TO EXTEND TIME
TO FILE PRETRIAL MOTIONS UNTIL JULY 2023**

The Defendant, AMBER SMITH-STEWART, by and through the undersigned Counsel and pursuant to Federal Rule of Criminal Procedure 12(c)(2), moves this Honorable Court to enter an Order extending the time in which the Defense may file pretrial motions until July 30, 2023, and as support states as follows:

l. On January 18, 2023, a Grand Jury in the Middle District of Florida returned an Indictment against the Defendant and one (1) other individual. (Doc. 1).

2. In Count One, the Grand Jury charged that from a date unknown, but at least from in and around May 2022 and continuing through on or about July 3, 2022, in the Middle District of Florida, and elsewhere, the defendants did willfully combine, conspire and agree with one another, and with other persons known and known to the Grand Jury, to injure, oppress, threaten and intimidate employees of facilities providing reproductive health services in the free exercise and enjoyment of the rights and privileges secured to them by the laws of the United States, namely, the right to provide reproductive health services as provide by title18, United States Code, Section 248(c)(1), in violation of Title 18, United States Code, Section, 241. In Count Two the Grand Jury Charged that on or about June 26, 2022, in the Middle District of Florida, and elsewhere, the defendants, aiding and abetting one another and other persons known and unknown

to the Grand Jury, did by threat of force intentionally injure, intimidate, and interfere with, and attempt to injure, intimidate, and interfere with employees of Facility B, because the employees were providing and seeking to provide reproductive health services. Specifically, defendants spray painted threats of force on the Facility B building. In violation of 18 U.S.C. §§ 248(a)(l) and 2.  In Count Three, the Grand Jury charged that on or about June 26, 2022, in the Middle District of Florida, and elsewhere, the defendants, aiding and abetting one another and other persons known and unknown to the Grand Jury, did intentionally damage and destroy the property of the Facility B, a facility that provides reproductive health services because the facility provides reproductive health services. Specifically aided and abetted by one another and other persons known and unknown to the Grand Jury, defaced Facility B by spray painting the facility. In violation of 18 U.S.C. § 248(a)(3) and 2.

3. The Defendant was arraigned in the Middle District of Florida on February 9, 2023 (Doc. 25).

4. On February 9, 2023, the Honorable Anthony E. Porcelli issued a Pretrial Discovery Order and Notice of Trial and Status Conference. The Order states that pretrial motions attacking the sufficiency of the Indictment or seeking a bill of particulars shall be filed within fifteen (15) days of the arraignment and motions to suppress be filed within thirty (30) days of the arraignment. (Doc. 31 ).

5. Defense Counsel moved this Honorable Court to extend the time to file pretrial motions, which the Court granted. (Doc. 48); (Doc. 50).

6. Defense Counsel moves this Honorable Court to extend the time to file pretrial motions 60 days until July 30, 2023, so that Counsel will have sufficient time in which to receive discovery

from the Government, review the discovery with the Defendant, investigate the case, and properly assess the need for any pretrial motions.

7.  The assigned Assistant United States Attorney, Laure-Kate Bernstein, Esquire, does not object to the relief sought in the motion.

**WHEREFORE**, for all the reasons stated above and any others that appear to this Court, The Defendant by and through the undersigned Counsel moves this Honorable Court to extend the time in which he may file pretrial motions until July 30, 2023.

## MEMORANDUM OF LAW

The District Court has inherent power to control the workings of its docket and manage its case load in an efficient manner that satisfies the ends of justice. "Because of the great latitude that must be afforded a trial judge in scheduling matters, a trial court has broad discretion in ruling on requests for continuances." *United States v. Garmany*, 762 F.2d 929, 936 (11th Cir.1985) (citation omitted).

Respectfully Submitted,

/s/ Sarah Alvarez
Sarah Alvarez, OSB # 182999
Civil Liberties Defense Center
1430 Willamette Street #359.
Eugene, OR 97401-9049
Telephone: (541) 687-9180
Fax: (541) 804-7391
Email: salvarez@cldc.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **23rd day of May 2023**, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

/s/Sarah Alvarez
Sarah Alvarez, Esquire