IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               CASE NO.: 8:23-cr-25-VMC-AEP-4

CALEB HUNTER FREESTONE,
AMBER MARIE SMITH-STEWART,
ANARELLA RIVERA, and
GABRIELLA VICTORIA OROPESA,

    Defendants.
_____/

**DEFENDANT OROPESA'S NOTICE
OF SUPPLEMENTAL AUTHORITY**

Defendant, Gabriella Oropesa, through her undersigned counsel, hereby provides notice of supplemental authority in support of "Defendant Oropesa's Motion to Dismiss Count One of the Superseding Indictment" (Doc. 102), and "Defendant Oropesa's Reply to 'United States' Response in Opposition to Defendants' Motion to Dismiss Count One of the Superseding Indictment" (Doc. 118).

The authority is the Supreme Court's decision *Health and Hospital Corporation of Marion County v. Talevski*, __ U.S. ___ (June 8, 2023) (unpublished). A copy of the slip opinion is attached. Section III.C of the Court's opinion, Slip. op. at 17-23, addresses one of the issues raised in

Oropesa's motion to dismiss (Doc. 102 at 9-13) and the sole issue briefed in her reply memorandum. (Doc. 118 at 1-6).

WHEREFORE, Oropesa provides notice of supplemental authority.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

/s/ *Matthew Farmer*
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469
800 W. De Leon St.
Tampa, FL  33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 7th day of June, 2023:

AUSA Laura-Kate Bernstein
Laura-Kate.Bernstein@usdoj.gov

AUSA Stacie Harris
Stacie.Harris@usdoj.gov

Michael Maddux, Esq.
mmaddux@madduxattorneys.com

Lauren Regan, Esq.
lregan@cldc.org

Sarah Ann Alvarez, Esq.
salvarez@cldc.org

Shiobhan Olivero, Esq.
solivero@oliverolaw.com

*/s/ Matthew Farmer*
COUNSEL