IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                       CASE NO.: 8:23-cr-25-VMC-AEP-4

CALEB HUNTER FREESTONE,
AMBER MARIE SMITH-STEWART,
ANARELLA RIVERA, and
GABRIELLA VICTORIA OROPESA,

    Defendants.
_____/

## DEFENDANT OROPESA'S UNOPPOSED MOTION
## TO MODIFY CONDITION OF PRETRIAL RELEASE

Defendant, Gabriella Oropesa, through her undersigned counsel, hereby moves without opposition to modify one condition of her pretrial release, as reflected in this Court's Order of Release (Doc. 70). The requested modification is to Condition 2. *Id*. at 1. Defendant seeks permission for a 4-day visit to Bernardsville, North Carolina from December 26, 2023 to December 30, 2023.

Neither the government, through AUSA Stacie Harris, nor Pretrial Services Officer Nelson Valenzuela ((786) 269-1435), objects to the requested relief.

The requested modification is to the terms of Condition 2 that would allow Ms. Oropesa to visit Bernardsville from December 26-30, 2023, and includes three overnights. Ms. Oropesa would stay with her parents and brother at an Airbnb at 245 Poverty Branch Road, Bernardsville, NC 28709.

Ms. Oropesa and her family plan to drive their family car from South Florida to North Carolina, leaving December 26, 2023, and returning home on December 30, 2023.

## MEMORANDUM OF LAW

Defendant relies on 18 U.S.C. §3142(c)(3), which provides that, "The judicial officer may at any time amend the order [of release] to impose … different conditions of release."

WHEREFORE, defendant Oropesa moves to modify a condition of her pretrial release.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

/s/ *Matthew Farmer*
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469
800 W. De Leon St.
Tampa, FL  33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 8th day of December, 2023:

AUSA Stacie Harris
Stacie.Harris@usdoj.gov

AUSA Laura-Kate Bernstein
Laura-Kate.Bernstein@usdoj.gov

Michael Maddux, Esq.
mmaddux@madduxattorneys.com

Lauren Regan, Esq.
lregan@cldc.org

Sarah Ann Alvarez, Esq.
salvarez@cldc.org

Shiobhan Olivero, Esq.
solivero@oliverolaw.com


/s/ *Matthew Farmer*
COUNSEL