UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                     Case No. 8:23-cr-25-VMC

GABRIELLA OROPESA

## STIPULATIONS OF THE PARTIES AT TO AUTHENTICITY

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, and Defendant Gabriella Oropesa, through the undersigned counsel, hereby enter into the following stipulations of authenticity pursuant to Federal Rule of Evidence 901.

1. Government's Exhibit 11 is a photograph of the Respect Life Pregnancy Help Center in Hollywood, Florida. The parties agree that Government's Exhibit 11 is an authentic photograph.

2. Government's Exhibit 12 comprises photographs of the Life Choice Pregnancy Center in Winter Haven, Florida. The parties agree that Government's Exhibit 12 are authentic photographs.

3. Government's Exhibit 13 comprises photographs of the Heartbeat of Miami Pregnancy Help Center in Hialeah, Florida. The parties agree that Government's Exhibit 13 are authentic photographs.

4. Government's Exhibit 14 is security camera video footage from the Respect Life Pregnancy Help Center in Hollywood, Florida. The parties agree that Government's Exhibit 14 is authentic.

5. Government's Exhibit 15 is security camera video footage from the Life Choice Pregnancy Center in Winter Haven, Florida. The parties agree that Government's Exhibit 15 is authentic.

6. Government's Exhibit 16 is security camera video footage from the Heartbeat of Miami Pregnancy Help Center in Hialeah, Florida. The parties agree that Government's Exhibit 16 is authentic.

7. Government's Exhibit 26 is a stock photo of the interior of the 2019 Toyota C-HR. The parties agree that Government's Exhibit 26 is authentic.

The parties reserve the right to object to the admission of any exhibits or portions of exhibits on grounds other than authenticity.

Signed:

For the United States:

*/s/ Courtney Derry*
Courtney Derry
Assistant United States Attorney
Fla. Bar No. 41125
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail:  Courtney.Derry@usdoj.gov

*/s/ Laura-Kate Bernstein*
Laura-Kate Bernstein
Trial Attorney
Maryland Bar No. 1212110224
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 598-3519
Facsimile: (202) 514-8336
Laura-Kate.Bernstein2@usdoj.gov

For the Defendant:

*/s/ Matthew Farmer*
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469
800 W. De Leon St.
Tampa, Florida 33606
(813) 228-0095
MattFarmer1@aol.com
Counsel for Gabriella Oropesa

U.S. v. Oropesa                                              Case No. 8:23-cr-25-VMC-AEP

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Matt Farmer, Esq.

>  */s/ Courtney Derry*
>  Courtney Derry
>  Assistant United States Attorney
>  Florida Bar No. 41125
>  400 N. Tampa Street, Suite 3200
>  Tampa, Florida 33602-4798
>  Telephone:   (813) 274-6000
>  Facsimile:    (813) 274-6358
>  E-mail:  Courtney.Derry@usdoj.gov