UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:23-cr-25-VMC-AEP | DATE: March 13, 2025 |
|---|---|
| **HONORABLE VIRGINIA M. HERNANDEZ COVINGTON** | |
| | **GOVERNMENT COUNSEL** Courtney Derry and Laura-Kate Bernstein |
| **UNITED STATES OF AMERICA** v. **Gabriella Victoria Oropesa** | Matthew Farmer, Ret. |
| **COURT REPORTER:** Lori Cecil Vollmer | **DEPUTY CLERK:** Magaly Justiniano |
| **TIME:** 1:32 PM – 2:36 PM  **TOTAL:** 1 hrs, 4 mins | **COURTROOM:** 14B |
| | **PROBATION:** Natalie Holton  **PRETRIAL:** Joshua Sims |

**PROCEEDINGS:** CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Court called to order.

Statements made by counsel.

Defendant is adjudged guilty on Count One of the Superseding Indictment.

Adanaris Roldan made statements to the Court.

Counsel reads victim statements into the record.

Defendant's Oral Motion for Downward Variance for the reasons stated on the record.

Defendant chose not to allocute.

Imprisonment: **120 days**.

The Court makes the following recommendations to the Bureau of Prisons:

• Defendant be housed at FCI Miami.

Supervised Release: **THREE (3) YEARS.**

Fine is **waived**.

Special Assessment: **$100.00** to be paid immediately.

Restitution: **Satisfied**.

Special conditions of supervised release:

- Defendant shall participate in the Home Detention program for a period of 90 days. During this time, Defendant will remain at his/her place of residence except for employment and other activities approved in advance by the probation officer. Defendant shall be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the probation office. Further, Defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the probation office based on Defendant's ability to pay.
- Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.
- The mandatory drug testing provisions of the Violent Crime Control Act are waived. The Court authorizes random drug testing not to exceed 104 tests per year.
- Defendant shall have no contact, direct or indirect, with victims identified in this case: Respect Life Pregnancy Help Center and Pregnancy Help Medical Clinic.
- Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal. The defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 14 |
| Criminal History Category: | I |
| Imprisonment Range | 15 months- 21 months |
| Supervised Release Range | 1-3 years |
| Restitution: | Satisfied |

| | |
|---|---|
| Fine Range | $7,500-$75,000 |
| Special Assessment | $100.00 |

The government's objection to Paragraph 21 is sustained. Defendant's objection to Paragraph 38 of the PSR is overruled for the reasons stated on the record.