IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                         CASE NO.: 8:23-cr-25-VMC-AEP-4

CALEB HUNTER FREESTONE,
AMBER MARIE SMITH-STEWART,
ANARELLA RIVERA, and
GABRIELLA VICTORIA OROPESA,

     Defendants.

_____/

**DEFENDANT'S EMERGENCY MOTION
TO EXTEND SELF-REPORT DATE**

Defendant, Gabriella Oropesa, through her undersigned counsel, hereby moves to extend her self-report date. She has received notice to report to FCI – Tallahassee no later than April 29, 2025.

This Court previously denied Oropesa's motion and renewed motions for release pending appeal. Oropesa moved for the same relief in the Eleventh Circuit on April 11, 2025, and the motion was denied on April 23, 2025.

As grounds for this motion, Oropesa states the following:

Approximately six months ago, her maternal grandfather was diagnosed with lung, liver, and brain cancer. He's been undergoing several treatments like chemotherapy and radiation therapy. Oropesa drove him to, and attended, those treatments.  Two weeks ago, her grandfather unfortunately received a terminal diagnosis.  Easter weekend, he went to the emergency room for an evolving stroke. It has impacted his speech and processing. After four days in the hospital, doctors concluded that hospice care was the only viable treatment option.   He was then transferred to a hospice facility because his condition was worsening too much for home care. Because of the impact of the stroke, he can't continue with his cancer treatments.

After one day in the hospice facility, he was transferred to home hospice care, with Oropesa and her family members also providing round-the-clock care. Oropesa's mother and aunts are taking shifts but Oropesa's assistance is also needed when they leave for work. The entire family, including her grandfather, need her presence during the remaining short extent of his life.

It is uncertain how much longer he is expected to live. Oropesa's other grandparents are still alive, and the loss of her grandfather will be the first occasion in which Oropesa has lost a family member. It would be devastating if Oropesa is in prison at the time her grandfather passes.

Oropesa requests an extension of her report date for a period of four

weeks.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

*/s/ Matthew Farmer*
Matthew P. Farmer, Esq.
Fla. Bar No. 0793469
800 W. De Leon St.
Tampa, FL  33606
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the following on the 25th day of April, 2025:

AUSA Laura-Kate Bernstein
Laura-Kate.Bernstein@usdoj.gov

AUSA Courtney Derry
Courtney.Derry@usdoj.gov

AUSA Emily C.L. Chang
Emily.Chang@usdoj.gov

AUSA Noah B. Bokat-Lindell
Noah.Bokat-Lindell@usdoj.gov

AUSA Jason Lee
Jason.Lee2@usdoj.gov

/s/ *Matthew Farmer*
COUNSEL